BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:(916) 554-2700
Facsimile:(916) 554-2900



FILED

MAR 29 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN AUTHORIZATION TO TEST AN IGNITION KEY | CASE NO. 2:12-SW-417 GGH<br><br>ORDER UNSEALING SEARCH WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

DATE: 3/28/13

_____
ALLISON CLAIRE
U.S. Magistrate Judge

1